## WIFE'S RIGHT TO DEVISE PROPERTY DEVISED TO HER.

Circuit Court of Lorain County.

HENRY McROBERTS ET AL V. HENRY H. BARNARD ET AL.[*]

Decided, April 29, 1908.

*Will—Devise to Widow to Her Disposal During Life—She May Will.*

A widow who has received real estate under her husband's will "to be to her and to her disposal during her life," may dispose of the same by her will.

HENRY, J.; WINCH, J., and MARVIN, J., concur.

The only feature of this case which we deem it necessary to discuss here is the true interpretation of the second item of Pitt McRobert's will, as follows:

"I give and devise all the residue of my estate to Abby my beloved wife, to be to her and to her disposal during her life."

The testator's widow, Abby, undertook to dispose, by will, of the real estate thus devised to her. The validity of this disposition by her obviously can be rested either upon the view that she was invested with the fee therein by the term of her husband's will, or upon the view that her husband's will invested her with the power to make testamentary disposition of the same. The first of these views seems to us to be supported by the case of *Davis et al* v. *Corwine et al, Exrs.*, 25 Ohio State, 669, and *Lepley et al* v. *Smith*, 13 C. C., 189.

The second view is supported by the Massachusetts case of *Burbank et al* v. *Sweeney*, 37 Southeastern, 669, a well considered case which we approve.

Judgment below affirmed.

[*]Affirmed without opinion, *McRoberts et al* v. *Barnard et al*, 81 Ohio State, 560.